CHARLES EISEMANN, Respondent, *v.* BUFFALO COLD STORAGE COMPANY, Appellant.

*Eisemann* v. *Buffalo Cold Storage Co.,* 142 App. Div. 929, affirmed.

(Argued October 25, 1912; decided November 19, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 1, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for damage to merchandise stored with defendant alleged to have been occasioned through its negligence.

*Nathaniel W. Norton* for appellant.

*Frank H. Callan* and *Simon Fleischmann* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, CHASE and COLLIN, JJ. Absent: WERNER, J.